## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Laura L. Maselter, | Civil No. 07-2921 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of the Social Security Administration, | |
| Defendant. | |

Before the Court are Plaintiff's Objections to the August 19, 2008 Amended Report and Recommendation, ("R&R") of Magistrate Judge Janie S. Mayeron. Having conducted a de novo review of the R&R, and the Objections thereto, the undersigned is satisfied that Judge Mayeron's recommended disposition is fully supported by the factual record in this matter and controlling legal authorities. Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 17) are **OVERRULED**;

2. The Amended Report and Recommendation (Doc. No. 15) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**;

4. Defendant's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**; and

5. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge